SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company and American Standard LTD Plan

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA MAYO, ) | 1:08-cv-00346-AWI-SMS |
| ) | |
| Plaintiff, ) | JOINT APPLICATION TO EXTEND |
| ) | TIME AND CONTINUE TRIAL |
| v. ) | DATE; ORDER |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY AND AMERICAN ) | |
| STANDARD LTD PLAN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties, by and through their respective counsel, hereby submit the following stipulated Application and Proposed Order to the Court.

1. The parties have not previously sought extensions of time for the actions that are the subject of this stipulation and application. Specifically, the parties seek to continue the dispositive motion, trial briefing and related dates. In its Scheduling Conference Order of June 13, 2008, the Court set the following dates:

| | |
|---|---|
| February 27, 2009 | Dispositive motions due |
| March 27, 2009 | Joint pretrial statement due |
| April 3, 2009 | Pre-Trial Conference |
| April 28, 2009 | Opening trial briefs due |
| May 7, 2009 | Responsive trial briefs due |
| May 12, 2009 | Trial |

2. Good cause exists for granting the requested extension. Although the parties have agreed to participate in mediation, they have had substantial difficulty in scheduling a mutually

available date with an appropriate ERISA-experienced mediator. Mediation has now been scheduled for April 23, 2009 with Denise Madigan of ADR Services.

3. As this case is governed by ERISA, the parties also are in agreement that it would be in the interests of conserving the parties' and the Court's resources if the Court were to vacate the formal pretrial conference and dispense with the usual requirement of a joint pretrial statement, because trial will be to the Court on the basis of the paper record, rather than through presentation of witnesses and other evidence. The parties therefore request that the Pre-Trial Conference be waived and that there be no date set for the filing of a pretrial statement.

4. The parties request that the remainder of the pretrial dates be continued, as follows, to permit the parties time to try to resolve this dispute through mediation:

| | |
|---|---|
| June 1, 2009 | Dispositive motions due to be filed |
| July 14, 2009 | Opening trial briefs due to be filed |
| July 21, 2009 | Responsive trial briefs due to be filed |
| July 28, 2009 | Trial |

Respectfully submitted,

DATED: February 26, 2009     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/ Rebecca A. Hull
      Rebecca A. Hull
      Cari A. Cohorn
      Attorneys for Defendants
      Metropolitan Life Insurance Company and
      American Standard LTD Plan

DATED: February 26, 2009     SHERNOFF BIDART & DARRAS, LLP

By:   /s/ Lissa Martinez (as authorized 2/26/09)
      Frank N. Darras
      Lissa Martinez
      Attorneys for Plaintiff Pamela Mayo

ORDER

IT IS SO ORDERED.

Dated:   March 2, 2009            /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE

2