1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CARI A. COHORN  Bar No. 249056
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6  Metropolitan Life Insurance Company and American Standard LTD Plan

FILED
JUL 02 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MAYO, | CASE NO. 1:08-cv-00346-AWI-SMS |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | [FED. R. CIV. P. 41(A)(1)] |
| METROPOLITAN LIFE INSURANCE COMPANY AND AMERICAN STANDARD LTD PLAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

DATED: June 30, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:/s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendants
    Metropolitan Life Insurance Company and American
    Standard LTD Plan

-1-            CASE NO. 1:08-cv-00346-AWI-SMS
STIPULATION OF DISMISSAL WITH PREJUDICE

1 | DATED: June 30, 2009          SHERNOFF BIDART & DARRAS, LLP

2 | By:/s/ Lissa Martinez (as authorized 6/30/09)
      Frank N. Darras
3 |   Lissa Martinez
      Attorneys for Plaintiff Pamela Mayo

It is so Ordered, Dated: 7-2-09

_____
United States District Judge